**No. 42330.**—Protests 724339–G(D), etc., of John A. Alban & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 the protests were sustained.